**Carmen I. ROSADO, Plaintiff, Appellant,**

v.

**COMMISSIONER OF SOCIAL SECURITY, Defendant, Appellee.**

No. 03–2420.

United States Court of Appeals, First Circuit.

Aug. 26, 2004.

Salvador Medina de la Cruz on brief for appellant.

Lisa de Soto, General Counsel, Social Security Administration, Thomas Crawley, Deputy General Counsel, James A. Winn, Acting Deputy General Counsel, and Charlene Bellinger Honig on brief for appellee.

Before TORRUELLA, LIPEZ and HOWARD, Circuit Judges.

PER CURIAM.

After carefully reviewing the briefs and record on appeal, we affirm for substantially the reasons stated by the district court. The court had no jurisdiction to review the Commissioner's refusal to reopen the earlier claim. *Califano v. Sanders,* 430 U.S. 99, 97 S.Ct. 980, 51 L.Ed.2d 192 (1977); *Torres v. Sec'y. of Health and Human Servs.,* 845 F.2d 1136 (1st Cir. 1988).

*Affirmed.*

1st Cir. Rule 27(c).